## Commonwealth ex rel. Ayres *v.* Ayres, Appellant.

Argued September 18, 1973. *Joseph J. Musto,* with him *Bedford, Waller, Griffith, Darling & Mitchell,* for appellant; *John J. Gill,* Assistant District Attorney, with him *Patrick J. Toole, Jr.,* District Attorney, for appellee.

The six judges who heard this appeal being equally divided, the order is affirmed.

SPAULDING, J., absent.